# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Benjamin Stanton, | Case No. 2:17-cv-1022-APG-VCF |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | **(ECF No. 3)** |
| Thor Motor Coach, Inc., et al., | |
| Defendants. | |

On July 11, 2017, the plaintiff was advised by the court (ECF No. 3) that this action would be dismissed without prejudice as to all defendants unless on or before August 10, 2017, the plaintiff filed proper proof of service or showed good cause why such service was not timely made. The plaintiff has failed to file proof of service nor shown good cause for his failure to serve. Nor has the plaintiff shown cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m). Therefore,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice**.

Dated: August 14, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE