Nicole Lovelock, Esq.
Nevada State Bar No. 11187
Justin C. Jones, Esq.
Nevada State Bar No. 8519
**JONES LOVELOCK**
400 S. 4th St., Ste. 500
Las Vegas, Nevada 89101
Telephone: (702) 805-8450
Fax: (702) 805-8451
Email: nlovelock@joneslovelock.com
Email: jjones@joneslovelock.com

Curtis J. Busby, Esq.
Nevada State Bar No. 6581
**BOWMAN AND BROOKE LLP**
2901 North Central Ave., Ste. 1600
Phoenix, Arizona 85012-2736
Telephone: (602) 643-2300
Fax: (602) 248-0947
Email: curtis.busby@bowmanandbrooke.com

*Attorneys for Defendants Thor Motor Coach, Inc.; Thor Industries, Inc.; K&C RV Centers, LLC dba Camping World RV Sales; Camping World; and Wheeler RV Las Vegas*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN STANTON, a Nevada Resident, MYRA DIVINA, a Nevada Resident,<br><br>Plaintiffs,<br><br>v.<br><br>THOR MOTOR COACH, INC., THOR INDUSTRIES, INC., and CAMPING WORLD, and K&C RV CENTERS, LLC dba CAMPING WORLD RV SALES, and WHEELER RV LAS VEGAS dba CAMPING WORLD RV SALES, and DOES I through XX; and ROE CORPORATIONS I though XX, inclusive,<br><br>Defendants. | CASE NO.:  2:17-cv-01022-APG-VCF<br><br>**STIPULATION TO DISMISS *WITH PREJUDICE* ALL CLAIMS AND ALL DEFENDANTS** |

/ / /

/ / /

JONES LOVELOCK
400 S. 4th St., Ste. 500
Las Vegas, NV 89101

Pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel of record, and Defendants, by and through their counsel of record, hereby stipulate and agree that all of Plaintiffs' claims against Defendants in the above-captioned action are dismissed **_with prejudice_**, with each party to bear their own costs and fees.

Dated this 7th day of June 2018.

  /s/ Chris Sullivan
Chris Sullivan, Esq.
Nevada Bar No.: 8278
**CHRIS SULLIVAN LAW FIRM**
332 S. Jones Blvd.
Las Vegas, NV 89107
Telephone: (702) 471-0112

*Attorney for Plaintiffs*

Dated this 7th day of June 2018.

  /s/ Nicole Lovelock
Nicole Lovelock, Esq.
Nevada State Bar No. 11187
Justin C. Jones, Esq.
Nevada State Bar No. 8519
**JONES LOVELOCK**
400 S. 4th St., Ste. 500
Las Vegas, Nevada 89101
Telephone: (702) 805-8450
Fax: (702) 805-8451

Curtis J. Busby, Esq.
Nevada State Bar No. 6581
**BOWMAN AND BROOKE LLP**
2901 North Central Ave., Ste. 1600
Phoenix, Arizona 85012-2736
Telephone: (602) 643-2300
Fax: (602) 248-0947

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: June 8, 2018